UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DALE A. GORECKI**,

    **Plaintiff**,

                    **NOTICE**

vs.             CASE NO. C2-07-420
                JUDGE EDMUND A. SARGUS, JR.
                MAGISTRATE JUDGE TERENCE P. KEMP

**CITY OF CAMBRIDGE, et al**,

    **Defendants.**

**[ X ]**     **TAKE NOTICE** that the **Settlement Conference** scheduled for September 8, 2009 at 9:30 a.m. has been

## VACATED.

                                      **EDMUND A. SARGUS, JR.**
                                      **UNITED STATES DISTRICT JUDGE**

                                       /S/ *Andy F. Quisumbing*

Date:   September 3, 2009           (By) Andy F. Quisumbing
                                          Courtroom Deputy
                                          (614) 719-3244