IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DALE A. GORECKI,

    Plaintiff,

v.

CITY OF CAMBRIDGE,
*et al.*,

    Defendants.

Case No. C2-07-420
Judge Edmund A. Sargus, Jr.
Magistrate Judge Terence P. Kemp

## ORDER

Counsel for Plaintiff has notified the Court that his father has passed away. Accordingly, the **TRIAL** in this matter, currently scheduled for **OCTOBER 26, 2009**, is **VACATED**. This case is hereby scheduled for a **TELEPHONE STATUS CONFERENCE** on Monday, **NOVEMBER 2, 2009 at 10:00 A.M.**

    IT IS SO ORDERED.

_10-20-2009_
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE